REFINING CO. v. BOARD OF ALDERMEN

No. 70 PC.

Case below: 17 N.C. App. 624.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 June 1973.

STATE v. BROWN

No. 89 C.

Case below: 18 N.C. App. 35.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.

STATE v. BYNUM

No. 76 PC.

Case below: 16 N.C. App. 637.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.

STATE v. DENTON

No. 73 PC.

Case below: 17 N.C. App. 684.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.

STATE v. DOBY

No. 90 PC.

Case below: 18 N.C. App. 123.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.